UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TIMOTHY WAYNE THOMPSON, SR., : | CIVIL ACTION NO. 3:CV-15-0541 |
| Petitioner : | (Judge Nealon) |
| v. : | |
| M. HAUSE, Case Manager, et al., : | |
| Respondents : | |

## ORDER

**AND NOW, THIS 1ST DAY OF APRIL, 2015**, for the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus (Doc. 1, petition) is **DISMISSED** without prejudice to any right Petitioner may have to reassert his instant claims in a properly filed civil rights action.

2. The Clerk of Court is directed to **CLOSE** this case.

/s/ William J. Nealon
**United States District Judge**